IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TROY OWENS, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:07-CV-502-Y |
| | § | |
| REBECCA TAMEZ, Warden, | § | |
| FMC-Fort Worth, | § | |
| Respondent. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Troy Owens, along with the February 12, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until March 4 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on February 12, 2008. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Troy Owens's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED March 17, 2008.

_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE